**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

TINA CENTENO, on behalf of herself and all others similarly situated,

Plaintiff,

v.

FRESENIUS MEDICAL CARE HOLDINGS, INC. D/B/A FRESENIUS MEDICAL CARE NORTH AMERICA,

Defendant.

Case No.: 1:26-cv-14374-WGY

# NOTICE OF APPEARANCE

Please enter my appearance as counsel for the Defendant Fresenius Medical Care Holdings, Inc. d/b/a Fresenius Medical Care North America in connection with the above-captioned matter.

*/s/ Lindsey A. Gil*

**Lindsey A. Gil, Esq.**
BBO # 679626
Harris Beach Murtha
600 Atlantic Avenue
Boston, MA 02210
T: 617.951.2004
*lgil@harrisbeachmurtha.com*

DATED: October 16, 2026

**CERTIFICATE OF SERVICE**

I, Lindsey A. Gil, hereby certify that I have, on October 16, 2026, served a copy of the foregoing document, by causing a copy thereof, to be sent electronically, through the ECF system, to the registered participants in this case, as identified on the Notice of Electronic Filing (NEF). Participants in this case not registered on the ECF system, if any, will receive service through electronic mail.

*/s/ Lindsey A. Gil*

___________________________________
Lindsey A. Gil